NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGEL INTERNATIONAL, INC., | CASE NO. CV 15-8364-R |
| Plaintiff, | ORDER DENYING DEFENDANT'S *EX PARTE* APPLICATION FOR A STAY OF THE COURT'S DECEMBER 5, 2016 INJUNCTION ORDER |
| v. | |
| CHARLOTTE RUSSE, INC., et al., | |
| Defendants. | |

Before this Court is Charlotte Russe's *Ex Parte* Application for a Stay of the Court's December 5, 2016 Injunction Order (Dkt. No. 161), which was filed on December 8, 2016.

An *ex parte* application for relief "must show that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). The application must also show irreparable harm absent *ex parte* relief. *Id.* Additionally, when deciding a motion to stay pending appeal a court considers "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Humane Soc'y of U.S. v. Gutierrez*, 523 F.3d 990, 991 (9th Cir. 2008).

1    Defendant's *ex parte* application meets neither of the standards required for this Court to grant it the relief requested.  The Motion contains two sentences of substantive briefing and no citation to law.  Absent a substantive basis to support the Motion, this Court cannot be expected to grant an *ex parte* application to stay.  Furthermore, this Court will not attempt to read into the briefing schedule ordered by the Federal Circuit.  A court's administrative scheduling does not indicate any increased likelihood of irreparable harm nor does it satisfy any of the four considerations for a stay pending appeal.  Defendant failed to meet its burden either for an *ex parte* filing or for a stay pending appeal.

**IT IS HEREBY ORDERED** that Defendant's *Ex Parte* Application for a Stay of the Court's Order (Dkt. No. 161) is DENIED.

Dated: December 15, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

CC: FISCAL

2