UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGEL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLOTTE RUSSE, INC., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:15-cv-08364-R (FFMx) <br><br> **ORDER GRANTING STIPULATED DISMISSAL AND RELEASE OF DEPOSIT** <br><br> **Hon. Manuel L. Real** |

The Court having considered Plaintiff and Counterdefendant Bragel International, Inc.'s ("Bragel") and Defendant and Counterclaimant Charlotte Russe, Inc.'s and Defendant PPI Apparel Group, Inc.'s stipulated dismissal of all claims and counterclaims with prejudice and stipulation to release the previously posted security in the amount of $92,919 deposited with the Clerk of the Court by Bragel on December 9, 2016 (*see* Dkt. No. 164):

**IT IS HEREBY ORDERED:**

1. This case is dismissed with prejudice;
2. The cash bond of $92,919 filed by Bragel be returned to Bragel;

101655921_1

3. The $92,919 be disbursed by check payable to Bragel International, Inc.; and

4. The check be mailed to Bragel's counsel as follows:

Thomas J. Daly, Esq.
Lewis Roca Rothgerber Christie LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445

**IT IS SO ORDERED.**

Dated: June 20, 2017

Manuel L. Real
United States District Judge

CC: FISCAL

101655921_1